# *United States District Court*

***District of Minnesota***

Itasca Business Credit, Inc.

Plaintiff(s)

vs. Civil Case No. 00-2076 JMR/SRN

Netoy.com Corp.

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that Netoy.com Corp., defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**

Netoy.com Corp.

this 11th day of October, 20 00.

FRANCIS E. DOSAL
Clerk of Court

By: Shirley Hansen
Deputy Clerk