UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Itasca Business Credit, Inc.,

Plaintiff,

vs.

Netoy.com Corp.,

Defendant.

Court File No. 00-2076 (DSD/SRN)

**ORDER**

---

The above-captioned action came before this Court pursuant to plaintiff's Motion for Default Judgment. Based upon the arguments of counsel and upon all of the files, records and proceedings:

IT IS ORDERED that plaintiff's Motion for Default Judgment be and hereby is GRANTED.

IT IS ALSO ORDERED that the Clerk of Court be and hereby is directed to enter JUDGMENT in favor of Itasca Business Credit, Inc. ("Itasca") and against defendant Netoy.com Corp. ("Netoy") as follows:

(1) awarding $145,000 to Itasca for royalty payments due under the Subject Contract between Itasca and Netoy as defined in Paragraph 23 of Itasca's Complaint;

(2) entering a permanent injunction ordering Netoy, within 30 days of the date of the Judgment, to make available to authorized representatives of Itasca all Netoy's books, records, accounts and other documents in the possession of, or under the control of Netoy relating to the subject matter of the July 1999 Giddy-Up/Netoy Licence Agreement as defined in Paragraph 8 of Itasca's Complaint for purposes of allowing Itasca to obtain necessary information to allow this Court to make a determination as to Itasca's entitlement to royalty

12-8-00
12-8-00

payments based upon 5% of Netoy's gross monthly sales of Giddy-Up Products commencing as of June 2000 and continuing for a period of 36 months.

(3) entering a permanent injunction enjoining Netoy from manufacturing, marketing, distributing, and selling Giddy-Up Products as defined in Paragraph 8 of Itasca's Complaint;

(4) awarding Itasca attorneys' fees of $2,579.45;

(5) awarding Itasca costs of $240.50 for the $150.00 filing fee and $90.50 for costs of service;

(6) awarding Itasca pre-judgment interest at the legal rate pursuant to Minn. Stat. § 549.09; and

(7) awarding Itasca post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961.

Dated: 12/8/00

Honorable David S. Doty
Senior United States District Court Judge

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information <u>must</u> be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*

Forms/8thcircuitprehearingconf.wpd

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.