# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Itasca Business Credit, Inc., Case No Civil 00-2076 DSD/SRN

v. **JUDGMENT IN A CIVIL CASE**

Netoy.com Corp.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is hereby entered in favor of Itasca Business Credit, Inc. ("Itasca") and against defendant NeToy.com Corp. ("Netoy") as follows:

awarding $145,000 to Itasca for royalty payments due under the Subject Contract between Itasca and Netoy as defined in Paragraph 23 of Itasca's complaint;

entering a permanent injunction ordering Netoy, within 30 days of the date of the judgment, to make available to authorized representatives of Itasca all Netoy's books, records, accounts and other documents in the possession of, or under the control of Netoy relating to the subject matter of the July 1999 Giddy-Up/Netty Licence Agreement as defined in paragraph 8 of Itasca's complaint for purposes of allowing Itasca to obtain necessary information to allow this court to make a determination as to Itasca's entitlement to royalty payments based upon 5% of Netoy's gross monthly sales of Giddy-up Products commencing as of June 2000 and continuing for a period of 36 months.

entering a permanent injunction enjoining Netoy from manufacturing, marketing distributing, and selling Giddy-up Products as defined in Paragraph 8 of Itasca's complaint.

awarding Itasca attorneys' fees of $2,579.45;

awarding Itasca costs of $240.50 for the $150.00 filing fee and $90.50 for costs of service;

awarding Itasca pre-judgment interest at the legal rate pursuant to Minn. Stat. 549.09; and

awarding Itasca post-judgment interest at the legal rate pursuant to 28 U.S.C. 1961.

DATE: December 8, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

(13)